No. 163. WADE ET AL. v. JACKSONVILLE. Motion submitted Sep-

tember 10, 1934. Decided October 8, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed (1) for the want of properly presented federal questions (*Dewey* v. *Des Moines,* 173 U. S. 193, 197–200; *Whitney* v. *California,* 274 U. S. 357, 360, 362, 363; *Chicago, Indianapolis & Louisville Ry. Co.* v. *McGuire,* 196 U. S. 128, 131–133; *Archerd* v. *Oregon,* 290 U. S. 604), and (2) for the want of a substantial federal question (*Castillo* v. *McConnico,* 168 U. S. 674, 681–684; *Ballard* v. *Hunter,* 204 U. S. 241, 256, 257; *Witherspoon* v. *Duncan,* 4 Wall. 210, 217; *Hebert* v. *Louisiana,* 272 U. S. 312, 316, 317). *Mr. Thomas B. Adams* for appellants. *Mr. Oscar O. McCollum* for appellee.